1  THOMAS V. MILES 131118
   ATTORNEY AT LAW
2  5200 NORTH PALM, SUITE 408
   FRESNO, CALIFORNIA 93704
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR ANTHONY VARGAS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:13-CR-00202-01 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
| vs. ) | AND ORDER THEREON |
| ANTHONY J. VARGAS, ) | DATE: August 26, 2013 |
| ) | TIME: 8:30 A.M. |
| Defendant. ) | DEPT: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the sentencing presently scheduled before the Honorable Lawrence J. O'Neill for August 26, 2013 at the hour of 8:30 a.m. be continued to September 30, 2013 at 8:30 a.m.

It is agreed by the parties that the requested continuance is necessary to accommodate the schedule of defendant's counsel. It is further agreed that the date for filing and serving on opposing counsel objections to the presentence report shall be September 23, 2013 rather than August 19, 2013.

Dated: August 15, 2013.    .BENJAMIN B. WAGNER, United States Attorney

By: /s/ Christopher Baker
Christopher Baker, Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation to Continue Sentencing and Order Thereon

Dated: August 15, 2013.

                                       /s/ Thomas V. Miles
                                 THOMAS V. MILES,
                                 Attorney for Defendant Vargas

## ORDER

THE COURT FINDS THAT GOOD CAUSE HAS NOT BEEN STATED FOR THE CONTINUANCE. THAT SAID, DEFENSE COUNSEL REPRESENTS THAT THE REASON IS PERSONAL IN NATURE. THE COURT ACCEPTS THE REPRESENTATION AND WILL NOT REQUIRE THE ORDINARILY REQUIRED GOOD CAUSE. GRANTED AS REQUESTED.

    IT IS SO ORDERED.

**Dated:  August 15, 2013**          /s/ **Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE